## **L**egal **A**dvocates for **S**eniors and **P**eople with **D**isabilities

205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

**VIA FACSIMILE**

November 08, 2009

Bureau of Collection Recovery Inc
7575 Corporate Way
Eden Prairie, MN 55344-2022

Re: Cynthia Glazebrook
▆▆▆▆▆▆▆
▆▆▆▆▆▆ NY ▆▆▆

Consumer's account: ▆▆▆▆▆

LASPD file number: ▆▆▆

Dear Sir or Madam:

Please be advised that we represent Cynthia Glazebrook regarding your firm's attempts to collect the above-referenced debt.

Legal Advocates for Seniors and People with Disabilities ("LASPD") is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public. LASPD provides debt-related legal services to seniors and people with disabilities who have a fixed and/or limited income, protected by law, and have minimal or no assets. LASPD's goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts that are not collectible, such as the one referenced above.

We ask that you, or the creditor you represent, review the attached affidavit from Ms. Glazebrook. As you will see, Ms. Glazebrook's income is protected from levy, attachment or garnishment by Federal and/or State law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client refuses to pay any debt that you are attempting to collect and we request that you cease all further collection activities and direct all future communications to our office.

In closing, I am certainly prepared to furnish you with other appropriate information that you may require. If you have any questions, please contact LASPD at 312-263-1633.

Very truly yours,

*Jeff Whitehead*

Jeff Whitehead,
Supervising Attorney
Enc.


EXHIBIT C

**Legal Advocates for Seniors and People with Disabilities**
205 West Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: info@mylegaladvocates.org

Edward Grossman, Executive Director
Marta C. Bukata, Deputy Director
Jeff Whitehead, Supervising Attorney

## CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to provide certain legal representation on my (our) behalf with respect to my (our) debts. LASPD, through its agents, has authority to communicate with all creditors on my (our) behalf. All communication regarding my (our) debts from any and all of my (our) creditors shall be made only through the agents of LASPD. This consent form shall be valid until revoked in writing by the undersigned.

PRINTED NAME: Douglas A. Glazebrook
First Client

SIGNED: D/l C. G/L
First Client

DATED: 10/28/08

PRINTED NAME: Cynthia M. Glazebrook
Second Client

SIGNED: Cynthia M. Glazebrook
Second Client

DATED: 10/28/08

SUBSCRIBED AND SWORN TO BEFORE ME THIS 28th DAY OF October, 2008.

_Marjorie B._
NOTARY PUBLIC

MARJORIE BURNS
Notary Public, State of New York
No. 4808525
Qualified in Suffolk County
Commission Expires 5/31/2010

6

Please help us to help you. The best way to give creditors a full understanding of your financial profile is by filling out this affidavit as **completely, neatly and accurately** as possible. This will greatly help our communication with your creditors. Thank you.

## AFFIDAVIT OF INCOME AND EXPENSES

### A. SOURCES OF INCOME AND GROSS MONTHLY AMOUNTS – MONEY RECEIVED BY YOU (BEFORE DEDUCTIONS)

| SOURCE OF INCOME | AMOUNT | SOURCE OF INCOME | AMOUNT |
|---|---|---|---|
| Social Security, Supplemental Security Income (SSI) or Retirement, Survivors, Disability Insurance (RSDI) *Please circle one or more.* | [redacted] | | |
| Other Disability Benefits NONE | 0 | | |
| Veterans' Benefits N/A | 0 | | |
| Workers' Compensation ✓ | [redacted] | | |
| Public Aid 0 | 0 | | |
| Alimony 0 | 0 | | |
| Child Support 0 | 0 | | |
| Pension Benefits (ERISA-from company retirement plans) or IRA's | 0 | **TOTAL INCOME** $[redacted] | |

### B. MONTHLY EXPENSES – MONEY YOU PAY TO OTHERS

| TYPE OF EXPENSE | MONTHLY AMOUNT | TYPE OF EXPENSE | MONTHLY AMOUNT |
|---|---|---|---|
| Rent/Mortgage *Please circle one.* | $[redacted] | Clothing | $[redacted] |
| Utilities (gas, electric, telephone, cell phone, water, etc.) | $[redacted] | Medical | $[redacted] |
| Real estate taxes: *Be sure to divide the yearly amount by 12.* | 0 | Dental | $[redacted] |
| Food | $[redacted] | Religious Affiliation Donations | [redacted] |

| | | | |
|---|---|---|---|
| Car Payment(s) | ▓ | Health Insurance | ▓ |
| Car Insurance | ▓ | | |
| Car: Gas & Maintenance | ▓ | Life Insurance | ▓ |
| Other Transportation Costs | ▓ | Other Expenses (*List*) | |
| Reasonable expenses to support a child or parent | ▓ | | |
| | | | |
| | | | |
| | | **TOTAL EXPENSES** | |

Have you ever **co-signed** a financial document? In other words, have you ever signed a document with another person where they, and not you, were going to get something? __NO__. If yes, please give us the name of this person, the name of the creditor and the type of debt (e.g., a home loan or a car loan):

_____

The above-listed information has been carefully provided by me. I have disclosed all of my income and expenses. I understand the purpose of this disclosure and have voluntarily signed it.

PRINTED NAME: __Douglas A. Glazebrook__
                              First Client
SIGNED: __D_ _C_ _Gl___
                              First Client
DATED: _____

PRINTED NAME: __Cynthia M. Glazebrook__
                              Second Client
SIGNED: __CYNTHIA M. GLAZEBROOK__
                              Second Client
DATED: __10/28/08__

SUBSCRIBED AND SWORN TO ME THIS __28th__ DAY OF __October__, 200__8__

__Marjorie Burns__
NOTARY PUBLIC

MARJORIE BURNS
Notary Public, State of New York
No. 4808525
Qualified in Suffolk County
Commission Expires 2/23/2010

8

**NetCFax Sent Fax transmission report**
**Fax sent at : Tue Dec 29 14:33:49 2009**

Server : at IP address 99.1.122.230

---

Faxing by NetCFax, THE NETWORKED FAX SOLUTION
developed by NetCPlus Internet Solutions, Inc.
The best networked fax solution for business networks.
For more details go to www.netcplus.com, or call +1 727 391 8966.
NB - This fax was sent using your cover page layout as specified.
**THIS FAX WAS SENT SUCCESSFULLY....**

| | |
|---|---|
| **Fax Status** | **: NORMAL** |
| NetCFax Fax ID # | : 26739 |
| To Fax # | : 19522591191 |
| To Name | : |
| To Company | : Bureau of Collection Recovery |
| From fax # | : 13122631637 |
| From voice # | : 13122631633 |
| From name | : Jeff Whitehead |
| From company | : Legal Advocates for Seniors & People with Disabili |
| Subject | : Cynthia Glazebrook / [redacted] |
| Time sent | : 16:46:39 |
| Date sent | : 2009/11/08 |
| Speed used | : 14400 |
| Sending time | : 3 mins 15 secs |
| **Total Pages** | **: Cover page plus 4 attached pages** |

No comments were included on this cover page...

**END OF TRANSMISSION REPORT...**