Department # 1456
P.O. Box 1239
Oaks, PA 19456

For Processing of Return Mail only.
Do not send correspondence to this address.

Bureau of Collection Recovery LLC
7575 Corporate Way
Eden Prairie, MN 55344
888-714-2338

DEC - 1 2009

Date: 11/13/09
Creditor: FINGERHUT DIRECT MRKTING
Balance: $479.73
Account Number:
Creditor Account:

Cynthia Glazebrook
NY

Settlement Offer

Dear Cynthia Glazebrook:

FINGERHUT DIRECT MRKTING has authorized our office to offer a settlement on the above-referenced account for less than the full balance due.

To settle this debt, FINGERHUT DIRECT MRKTING will accept $335.81 which represents 70% of your total balance.

To take advantage of this offer, send the full amount of $335.81 to our office. If you make a payment larger than the settlement amount, please be advised the difference will not be refunded to you. The full payment will be applied toward your account balance.

This communication is from a debt collector. This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

**Hours of Operation (Central Time)**
Monday - Thursday 7am - 9pm, Friday 7am - 7pm
Saturday 8am - 1pm, Sunday 4pm - 9pm

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

Sincerely,

Bureau of Collection Recovery
888-714-2338
Bureau of Collection Recovery LLC

------------------Please detach and return in the enclosed envelope with your payment------------------

Cynthia Glazebrook
NY

Date: 11/13/09
Account Number:
Creditor: FINGERHUT DIRECT MRKTING
Amount Due: $479.73
Amount Remitted: $_____

Pay online at: http://payments.bureauofcollection.com
Mail all other correspondence to:
7575 Corporate Way
Eden Prairie, MN 55344

Mail payment to:

Bureau of Collection Recovery LLC
PO Box 9001
Minnetonka, MN 55345-9001

**PLEASE NOTE CHANGES TO YOUR ADDRESS OR PHONE NUMBER BELOW.**

_____
_____
_____

HOME #:_____
WORK #:_____




EXHIBIT D