# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Cynthia Glazebrook,
Plaintiff,

Docket Number: 10 C 392

Assigned Judge: Gottschall

v.

Designated
Magistrate Judge: Nolan

Bureau of Collection Recovery, LLC, a
Minnesota limited liability company,
Defendant.

To: Bureau of Collection Recovery, LLC
C/O CT Corporation System, as registered agent
600 S. 2nd Street
Suite 103
Springfield, Illinois 62704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

Date



January 20, 2010
Date

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.  DATE: 1-21-2010

NAME OF SERVER (PRINT): Keagen Clutter

TITLE: process server

*Check one box below to indicate appropriate method of service-*

[X] Served personally upon the defendant. Place where served: CT Corporation System, 600 S. 2nd Street, Ste 103, Springfield IL 62704. c/o Candiss Goloszweski-Karr, office manager

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/21/2010
            Date

Signature of Server

Address of Server: 1032 S. 2nd St. Springfield IL 62704